Lindsey C Spilsbury
_Name_

3301 East st
_Address_
Las Cruces   NM 88005

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

Lindsey C Spilsbury, Plaintiff
(Full Name)

CASE NO. 24 CV-1043-JHR
(To be supplied by the Clerk)

v.

Vera Demchok
Demchok et al, Defendant(s)
United States District Court
U.S. Department of education

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. §1983

### A.    JURISDICTION

1) Lindsey C Spilsbury, is a citizen of New Mexico
   (Plaintiff)                            ( State )
   who presently resides at 3301 East st Las Cruces NM
   88005                    (Mailing address or place of confinement)

2) Defendant Vera Demchok    is a citizen of
   U.S. Department of education
   Demchok et al
   (Name of first defendant)
   Las Cruces    New Mexico    , and is employed as
   (City, State)
   If any    . At the time the claim(s)
   ( Position and title, if any)
   alleged in this complaint arose, was this defendant acting under color of state law?
   Yes ☒    No ☐    If your answer is "Yes", briefly explain:

   Demchok et al opened a case
   Spilsbury v. Demchok et al
   Case # 2:24-CV- 00404-MV-JHR

employed    1-800-621-3115    Demchok et al

3) Defendant _Science and nature of museum_ is a citizen of
____(Name of second defendant)____
_Las Cruces Police Department_, and is employed as
____(City, State)____
_____If any_____ .  At the time the claim(s)
( Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state.

Yes ☒    No ☐    If your answer is "Yes", briefly explain:

employed at 1800 621-3115
U.S. department of education          →
on going calls on Account 1030366730
(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42 U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

24 CFR 682.402(e) 685.215
42 USC 263a
pursuant to 42 CFR 493.3 (a)(2)
18 U.S.C. 1801 video voyeurism Broadcasting

B.  NATURE OF THE CASE

1) Briefly state the background of your case.

Demchok et al has a federal Student loan in my name with the U.S. department of education. Federal regulations 24 CFR 682.402(e) and 685.215 provide Authority for discharging a borrowers loan. New Mexico State University has false documents w/ several accounts connected to the U.S. department of education + I am being held hostage with Demchoks et al. Demchok et al is living in my room I'm renting 3301 east st Las Cruces NM 88001 I need an Execution Document or this cart to take me to the Department of Justice in Washington to get this resolved.

on going call  45495123
on going call  45495117
on going call  45495108
              45029434
    11
    11         45029427


U.S department of education is arguing
bout my Identity and shutting the
ccount down and us threatning me
w/ federal regulations, vera demchek
errico Demchok and danyelle whitley
have used my Identity in a federal
crime of forgery and have Demchok et ai
eadset connoted to my head. They
are arguing about removing the
eadset and closing the accounts down.
era Demchek is dangerous and so is
he company they are murdering people

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1) Count I: Forgery - U.S. Department of education account 1030366730 may 9. 2024

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

Demchok

Federal student aid → applied For loan in my name
U.S. Department of education
New Mexico State University → never attended
went to Dona Community college

B)(1) Count II: New Mexico State University
account No - 1030366730
ongoing Call - 45495123
45495117

(2) Supporting Facts: 45495108
45029434
45029427
1-800-621-3115
Demchok et ai
on going case with Las cruces Police Department

XE-2 2/78                    -3-

1855 W Picacho Ave Apt 10
Las Cruces NM    88005
- Original Case # ∞∞
The Wire  — West Dona Ana County ISD
Case  120143844
Home phone # 575 339 0565 → Device Demenuks
                                    Vera Demenuks

FBI
SHERIFFS - Jack RDueProesser
David Sharp   Risk Managment
                    Department

Apple → Spider AI  Steven Sage - lawyer
phone of Demenuks et ai → The head injury
                                    they gave me

The public defenders office → Forensic
                                        Evaluation

Judge driggers
Johnathan Miller — public defender

The United States → The press, the media
Donald Trump. The President
The Emergency Alert broadcast
the fire department
- 575-524-4895 Landline on moms
property → 3rd party

count

C)(1) Count III: Spilsbury v. Demenek et al

① 1-800-621-3315 Account 1030366730

② 45495123 ongoing call

③ 45495117 ongoing

④ 45495108 = and ⑦ 45029424 ongoing

⑤ 45029434 =

(2) Supporting Facts: United States District Court
District of New Mexico office
of the clerk Document Summary
page.
Case# 2:24-CV-0404 MV-JHR    5/29/24

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☒ No ☐ if your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit.
   Plaintiffs: Lindsay A Spilsbury
   Defendants: Demenek - 1800-621-3115

b) Name of court and docket number: United States District Court District of New Mexico office of the clerk 2:24-cv-404 JHR

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? Ask your Entity they filed the case as 2:24-cv-0404 JHR Document#5

d) Issues raised: 2:24-cv-0404 JHR    Filed 5/1/24
                                         Document 5 Filed
                                         5/1/24

XE-2    2/78                    — 4 —

Every Employee connected to
1-800-621-3115
opt. 1, 2, 3, 4, 5, 6, w/ account 1030346730
through the U.S department of
education Default Resolution group
in greensville TX 75403 needs to
be executed the entire company 3rd
party connection will not resolve
Demencios headset federal crime.
the account balance is $844,970,0079 &
they will not give me any Information
on the on going call accounts.

e) Approximate date of filing lawsuit: _May 1, 2024   4:30 pm MDT_

f) Approximate date of disposition: _your Entity has that information_
_Judgement on Case 2:24-CV-00404-MV-JHR DISMISSED_

2) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☐ No ☐ If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought.

_Execute the Entity yes, The Entity_
_is running the case for the Judges._
_it takes 2 weeks for a Judge to get to_
_the Las Cruces NM location for the court to_
_administrate relief. THE ENTITY IS OPERATING_
_your court._

E.   REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

_Federal regulations 24 CFR 6092. 402(e) and_
_6095.215 provide authority for discharging_
_loan on Demchak et ai as a result of_
_a crime of forgery._
_Exhibit documents_
_Application For Execution. the crime filed._
_privacy and lawsuits on the crime filed._

_____        _Lindsay C Spilsbury_
Signature of Attorney (if any)              Signature of Petitioner

Attorney's full address and telephone number.        _Steven Sage 375-8755_
_446 N Alameda Las Cruces NM_

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct.  28 U.S.C. Sec. 1746.  18 U.S.C. Sec. 1621.


Executed at _____ on _____ 20___ .
                        (Location)                              (Date)


                              _____
                                        (Signature)



676604259   000001   *********************SNGLP
LINDSAY C SPILSBURY
900 PARKER RD APT 2
LAS CRUCES NM 88005-2240

May 9, 2024

ACCOUNT #: 1030366730

This letter concerns your defaulted student aid account with the U.S. Department of Education, Federal
Student Aid.

Federal regulations 34 CFR 682.402(e) and 685.215 provide the authority for discharging a borrower's
loan if the borrower's eligibility to receive the loan was falsely certified as a result of the crime of
forgery. A borrower is not eligible for loan discharge if it is determined that the student materially
benefited from the proceeds of the loan. A student is considered to have materially benefited from the
proceeds of a loan if he or she attended the school for the period of the loan and incurred a tuition
liability that was paid in whole or in part by the loan proceeds.

If you believe that you qualify for a forgery discharge, you must submit the enclosed "Loan Discharge
Application: Forgery". The application includes instructions for its completion.

You should send the completed form and required documentation to:

U.S. Department of Education
Default Resolution Group
P.O. Box 5609
Greenville, TX  75403-5609

For further information regarding this account, you should contact US Department of Education at
800-621-3115.

G58DV02



May 21, 2024

Lindsay Spilsbury
900 Parker Road
Apartment 2
Las Cruces, NM  88005-2240

*Covid-19 Coronavirus*

Debt No.: 45029427
45029434
45495108
45495117
*Danyelle w —* 45495123 *ongoing call*
Account No.: 1030366730

Dear Lindsay Spilsbury,

Thank you for your correspondence concerning your student loan account with the
U.S. Department of Education, Federal Student Aid.

You submitted documentation pertaining to a False Certification loan discharge for a debt
obtained to attend New Mexico State University. Our records indicate you attended New Mexico
State University from 2009-2010, 2012-2013 and 2016-2017. If you disagree with this
information, you may continue the loan discharge process.

In order to aid in our investigation, the Department requests you submit further documentary
evidence that corroborates your claim within 30 days of today's date, in order to consider your
application for loan discharge.

All correspondence must include your Social Security Number, current address, account number
(located above), and must clearly state that you are requesting a loan discharge/cancellation. In
addition, all notarized documents should be witnessed and signed with the date and their stamped
seal by the Notary Public as part of the requested documentation

We request that you submit the following information:

- **Signature Samples** – We require that you provide four signature samples that appear
  on actual documents that you signed. Two of these samples must be dated one year
  before or after the date the disputed document was signed. Examples of documents
  include cancelled checks, tax returns, driver's license, etc. Please submit signature
  samples within one year of 2009-2010, 2012-2013 and 2016-2017



Page 2 – Lindsay Spilsbury

- **Court Ruling** – A court verdict or judgment that conclusively determined that you were the victim of the crime of identity theft or forgery, a copy of the information or the indictment upon which the verdict or judgment was based, and a copy of the complaint that sets forth the facts of the case.

- **Identifying Documents** – A clear and legible copy of your Social Security card.

- **Supporting Documents** – A statement from a handwriting expert.

- **Supporting Documents** – Proof of your residency from the time the loans were made in 2009-2010, 2012-2013 and 2016-2017, such as a lease or utility bill.

- **Supporting Documents** – A complete Federal Trade Commission ID Theft Affidavit with proof of filing, a complete Department of Education Office of Inspector General (ED OIG) report with proof of filing, or the related police report or other official complaint about the alleged ID Theft. If you have not filed a police report, the Department urges you to file a report as soon as possible. Additionally, you can file a report with ED OIG online at: https://www2.ed.gov/about/offices/list/oig/hotlinefaq.html.

Any other evidence you believe may support your position.

Send these documents to:

U.S. Department of Education
Default Resolution Group
P.O. Box 5609
Greenville, TX  75403-5609

Upon receipt of the documentation we will review it for discharge eligibility. You will be notified of our decision in writing.

In the event that the supporting evidence submitted with your discharge application is insufficient for processing and/or approval, standard collection activity will resume. Should that be the case, we may offset your federal tax refund and other payments, garnish your wages, begin litigation in federal court, and report your account to the credit bureaus.

It is imperative that you make timely and consistent payments in accordance with a repayment agreement. If you do not make payments on time each and every month, we may offset your federal tax refunds and other payments, garnish your wages, begin litigation in federal court, and report your account to the credit bureaus. Contact the Department's Default Resolution Group at 1-800-621-3115 to discuss your options.

Page 3 – Lindsay Spilsbury

If you uncover additional information that you believe may entitle you to a discharge, please resubmit your application with any additional information for reconsideration.

For further information regarding this account, please contact the Department's Default Resolution Group at 1-800-621-3115.

We hope this information will provide you with a better understanding of your account.

Sincerely,

Default Resolution Group
Servicing Center

SECTION 2: DECLARATIONS (CONTINUED)

*May 1 2024*

8. How did you (or the student) pay for the costs of attendance, such as tuition and fees, at the school listed in Item 7? Attach documentation (for example, from the school's financial records such as receipts from the school, negotiated personal checks, etc.) to show how you paid for the costs of attendance.

9. Provide your address and dates of residence from the period of time when the loans you want discharged were originated or certified:

| Address | Dates of Residence |
|---------|--------------------|
|  |  |
|  |  |
|  |  |

10. Was any of your information in your loan documents for the loans you want discharged incorrect?
- [x] Yes - Continue to Item 11.
- [ ] No- Skip to Item 12.
- [ ] Don't Know - Skip to Item 12.

11. Which personal information was incorrect? Check any that apply and attach documentation to show each piece of correct information.
- [ ] Name
- [ ] Social Security Number
- [ ] Date of Birth
- [ ] Address
- [ ] Names and Addresses of References
- [x] Other (identify): *Experian, Transunion, Equifax*

2. Did you give anyone permission to use your personal information to borrow the loans you want discharged?
- [ ] Yes - Skip to Item 15.
- [x] No- Continue to Item 13.
- [ ] Don't Know - Continue to Item 13.

13. Which personal information was used without your permission? Check any that apply.
- [x] Name
- [x] Social Security Number
- [x] Date of Birth
- [x] Address
- [x] Telephone Number
- [x] Signature
- [x] Other (identify): *Brain eyes hair*
- [ ] Don't Know.

14. On which documents was your personal information used without your permission? Check any that apply.
- [ ] Loan check
- [ ] Loan application or promissory note
- [ ] Master check or electronic funds transfer authorization
- [x] Other (identify): *Experian, Transunion, Equifax*
- [ ] Don't Know.

15. What documentation are you providing to support your claim?
- [x] Samples of my signature - We require that you provide four signature samples that appear on actual documents that you signed. Two of these samples must be dated one year before or after the date the disputed document was signed. Examples of documents include cancelled checks, tax returns, Driver's License, etc.
- [ ] A court verdict or judgment that determined I was the victim of the crime of identity theft or forgery and a copy of information or the indictment that the verdict or judgment was based on
- [x] A government identification card, such as your Driver's License, state ID card, passport, or Social Security Card
- [ ] A statement from a handwriting expert
- [ ] Proof of your residency from the time the loans were made, such as a lease or utility bill
- [ ] A complete Federal Trade Commission ID Theft Affidavit and proof of filing
- [ ] Other (identify): _____

16. When did you first discover that someone forged your name on loan documents?
*2014-2016-2018 2019-2020-2024*

Applicant Name _____    Applicant SSN _____

**SECTION 2: DECLARATIONS (CONTINUED)**

**25.** Did you make any claim with, or receive any payment from, the school that originated or certified the loan or any third party (see Section 5) in connection with your claim?

☐ Yes - Continue to Item 26.
☒ No - Skip to Item 29.
☐ Don't Know - Skip to Item 29.

**26.** Provide the following about the party with whom the claim was made or from whom payment was received

Name _____
Address _____
City, State, Zip _____
Phone _____

**27.** What is the amount and status of the claim?

Amount _____
Status _____

**28.** What was the amount of any payment received? If none, write "none".

_____

**29.** Provide any other information or documentation you believe would be helpful in understanding the circumstances surrounding your application. For example, if you identified an individual or organization in Item 23, explain why you believe that the individual or organization used your personal information without permission. Explain how you learned about the incident or how you believe the individual or organization used your information to secure the loans. Attach additional pages, if needed.

The only information I had was from my equifax transunion and Experian account and I cant access the information anymore I believe Carice Demchak and Vera Demchak from Estate Sales Discoverys did a Home Invasion and took all my documents naturalization papers - Indian Id SS card drivers liance my NMSU student Id my medicaid card and these documents provided them w/ this loan. My Identity provided them the loan with your approval. Vera Demchak breached my privacy back in 2014 - I could never prove it. Carice Demchak has access to my Food Stamp Case using lo Lindsay Spikbury and to my medicaid account social security office and Ires office They took all my documents from me being arrested by the sheriffs for the documents from Jess lilly or the lawyer for the case. I was never provided the decent human document

**The holder** of your Direct Loans is the Department. The holder of your FFEL Program loans may be a lender, guaranty agency, secondary market, or the Department. The holder of your Perkins Loans is an institution of higher education or the Department. Your loan holder may use a servicer to handle billing and other communications related to your loans. References to "your loan holder" on this form mean either your loan holder or your servicer.

**Loan discharge** due to forgery on a loan application or promissory note cancels your obligation (and any endorser's obligation, if applicable) to repay the remaining portion of a Direct Loan, FFEL Program, or Perkins Program loan, and qualifies you for reimbursement of any amounts paid voluntarily or through forced collection on the loan. For consolidation loans, only the amount of the underlying loans associated with the document that was signed without your consent will be considered for discharge. The loan holder requests the removal of any credit history associated with the loan.

**Third party** refers to any entity that may provide reimbursement for a refund owed by the school, such as a State or other entity offering a tuition recovery program.

## SECTION 7: TERMS AND CONDITIONS FOR LOAN DISCHARGE

By signing this form, you are agreeing to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to you that demonstrates to the satisfaction of the Department or its designee that you meet the qualifications for loan discharge due to forgery, or that supports any representation that you made on this form or any accompanying documents.

By signing this form, you are agreeing to cooperate with the Department or the Department's designee in any enforcement action related to this form.

This application may be denied, or your discharge may be revoked, if you fail to provide testimony, a sworn statement, or documentation upon request, or if you provide testimony, a sworn statement, or documentation that does not support the material representation that you have made on this form or on any accompanying documents.

## SECTION 8: WHERE TO SEND THE COMPLETED FORM

Return the completed form and any documentation to: (If no address is shown, return to your loan holder.)

If you need help completing this form, call: (If no telephone number is shown, call your loan holder.)



United States District Court
District of New Mexico
Office of the Clerk
Document Summary Page

Date: May 01, 2024 04:30 PM MDT

To: Lindsay Spilsbury

Case: Spilsbury v. Demchok et al

From: Office of the Clerk, District of New Mexico

CM/ECF Support Number: (505) 348-2075

CM/ECF Support Email: cmecf@nmd.uscourts.gov

Comments: Case#2:24-cv-00404-JHR Document#5 Filed:05/01/2024

Job: 7fbf2092-b999-47dd-a6f8-babb63957131

ORDER by Magistrate Judge Jerry H. Ritter GRANTING [2] Motion for Leave to Proceed in forma pauperis and DIRECTING Plaintiff to Show Cause. Plaintiff shall show cause why the Court should not dismiss this case and file an amended complaint within 21 days of entry of this Order. Failure to timely comply may result in dismissal. (ama)

*Demchok et al says there you are.*

NOTE: In an effort to reduce paper and postage costs, the Notice of Electronic Filing (NEF) will not be included with this transmission. To obtain a copy of the complete NEF, please visit us online at https://www.nmd.uscourts.gov and login to either your CM/ECF or PACER account. You may also view the NEFs at one of our public terminals located at the courthouses in Albuquerque, Las Cruces, and Santa Fe.

Lindsay Spilsbury
900 Parker #2
Las Cruces, NM 88005, US



United States District Court
District of New Mexico
Office of the Clerk
Cover Sheet

Date: May 01, 2024 04:30 PM MDT
To: Lindsay Spilsbury
From: Office of the Clerk, District of New Mexico
CM/ECF Support Number: (505) 348-2075
CM/ECF Support Email: cmecf@nmd.uscourts.gov
Number of Pages (including cover sheet): 8
Comments: Case#2:24-cv-00404-JHR Document#5 Filed:05/01/2024
Job: 7fbf2092-b999-47dd-a6f8-babb63957131

### *** NOTICE TO ATTORNEYS ***

IMPORTANT: If you are an attorney of record on an active case and have not registered for a CM/ECF account, you need to do so now. Failure of an attorney to register in a timely manner will result in the issuance of a Notice of Deficiency in each of your cases. When reasonable attempts have been made by the Court and you still fail to register, the Court will discontinue the printing and mailing of case documents and corresponding attachments to you. You may obtain a registration form and information from our website at https://www.nmd.uscourts.gov.

The court will only print and mail documents to pro se parties and other individuals exempted from the mandatory e-filing requirements.

Lindsay Spilsbury
900 Parker #2
Las Cruces, NM 88005, US



United States District Court
District of New Mexico
Office of the Clerk
Cover Sheet

Date: June 05, 2024 04:55 PM MDT

To: Lindsay Spilsbury

From: Office of the Clerk, District of New Mexico

CM/ECF Support Number: (505) 348-2075

CM/ECF Support Email: cmecf@nmd.uscourts.gov

Number of Pages (including cover sheet): 3

Comments: Case#2:24-cv-00404-MV-JHR Document#9 Filed:06/05/2024

Job: abfb60ff-80aa-474f-aae9-0c4bb878a185

### *** NOTICE TO ATTORNEYS ***

IMPORTANT: If you are an attorney of record on an active case and have not registered for a CM/ECF account, you need to do so now. Failure of an attorney to register in a timely manner will result in the issuance of a Notice of Deficiency in each of your cases. When reasonable attempts have been made by the Court and you still fail to register, the Court will discontinue the printing and mailing of case documents and corresponding attachments to you. You may obtain a registration form and information from our website at https://www.nmd.uscourts.gov.

The court will only print and mail documents to pro se parties and other individuals exempted from the mandatory e-filing requirements.

Lindsay Spilsbury
900 Parker #2
Las Cruces, NM 88005, US



United States District Court
District of New Mexico
Office of the Clerk
Cover Sheet

Date: June 05, 2024 04:50 PM MDT

To: Lindsay Spilsbury

From: Office of the Clerk, District of New Mexico

CM/ECF Support Number: (505) 348-2075

CM/ECF Support Email: cmecf@nmd.uscourts.gov

Number of Pages (including cover sheet): 5

Comments: Case#2:24-cv-00404-MV-JHR Document#8 Filed:06/05/2024

Job: e6858a99-1295-4ccb-9433-57fb5424bf15

### *** NOTICE TO ATTORNEYS ***

IMPORTANT: If you are an attorney of record on an active case and have not registered for a CM/ECF account, you need to do so now. Failure of an attorney to register in a timely manner will result in the issuance of a Notice of Deficiency in each of your cases. When reasonable attempts have been made by the Court and you still fail to register, the Court will discontinue the printing and mailing of case documents and corresponding attachments to you. You may obtain a registration form and information from our website at https://www.nmd.uscourts.gov.

The court will only print and mail documents to pro se parties and other individuals exempted from the mandatory e-filing requirements.



United States District Court
District of New Mexico
Office of the Clerk
Document Summary Page

Date: June 05, 2024 04:55 PM MDT

To: Lindsay Spilsbury

Case: Spilsbury v. Demchok et al

From: Office of the Clerk, District of New Mexico

CM/ECF Support Number: (505) 348-2075

CM/ECF Support Email: cmecf@nmd.uscourts.gov

Comments: Case#2:24-cv-00404-MV-JHR Document#9 Filed:06/05/2024

Job: abfb60ff-80aa-474f-aae9-0c4bb878a185

FINAL JUDGMENT by District Judge Martha Vazquez. (bap)

NOTE: In an effort to reduce paper and postage costs, the Notice of Electronic Filing (NEF) will not be included with this transmission. To obtain a copy of the complete NEF, please visit us online at https://www.nmd.uscourts.gov and login to either your CM/ECF or PACER account. You may also view the NEFs at one of our public terminals located at the courthouses in Albuquerque, Las Cruces, and Santa Fe.



# United States District Court
## District of New Mexico
## Office of the Clerk
## Document Summary Page

Date: May 29, 2024 03:20 PM MDT

To: Lindsay Spilsbury

Case: Spilsbury v. Dernchok et al

From: Office of the Clerk, District of New Mexico

CM/ECF Support Number: (505) 348-2075

CM/ECF Support Email: cmecf@nmd.uscourts.gov

Comments: Case#2:24-cv-00404-MV-JHR Document#- Filed:05/29/2024

Job: 801f7899-cf92-45ee-8c87-2f59f25d1a38

United States District Judge Martha Vazquez assigned. (bc)

NOTE: In an effort to reduce paper and postage costs, the Notice of Electronic Filing (NEF) will not be included with this transmission. To obtain a copy of the complete NEF, please visit us online at https://www.nmd.uscourts.gov and login to either your CM/ECF or PACER account. You may also view the NEFs at one of our public terminals located at the courthouses in Albuquerque, Las Cruces, and Santa Fe.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LINDSAY SPILSBURY,

       Plaintiff,

v.                               No. 2:24-cv-00404-MV-JHR

VERA DEMCHOK and
CARICE DEMCHOK,

       Defendants.

**FINAL JUDGMENT**

Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, and consistent with the ⬇ *not*

Court's Memorandum Opinion and Order dismissing Plaintiff's case,

**IT IS ORDERED** that this case is **DISMISSED** without prejudice.

_____

MARTHA VAZQUEZ

SENIOR UNITED STATES DISTRICT JUDGE

*Pursuant to 42 CFR 4933(a)(2) and Rule 58(a) of federal of civil procedure 24 CFR 682.402 (e) and 685.215 provide authority for discharing borrowers loan on forgery*

Case 2:24-cv-00404-JHR   Document 5   Filed 05/01/2024   Page 1 of 6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

LINDSAY SPILSBURY,

      Plaintiff,

v.                                 No. 2:24-cv-00404-JHR

VERA DEMCHOK and
CARICE DEMCHOK,

      Defendants.

## MEMORANDUM OPINION AND ORDER<br>GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br>AND ORDER TO SHOW CAUSE

**THIS MATTER** comes before the Court on *pro se* Plaintiff's Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, Doc. 1, filed April 29, 2024 ("Complaint"), and Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, Doc. 2, filed April 29, 2024.

**Application to Proceed *in forma pauperis***

The statute for proceedings *in forma pauperis*, 28 U.S.C. § 1915(a), provides that the Court may authorize the commencement of any suit without prepayment of fees by a person who submits an affidavit that includes a statement of all assets the person possesses and that the person is unable to pay such fees.

> When a district court receives an application for leave to proceed in forma pauperis, it should examine the papers and determine if the requirements of [28 U.S.C.] § 1915(a) are satisfied. If they are, leave should be granted. Thereafter, if the court finds that the allegations of poverty are untrue or that the action is frivolous or malicious, it may dismiss the case[.]

*Menefee v. Werholtz*, 368 Fed.Appx. 879, 884 (10th Cir. 2010) (citing *Ragan v. Cox*, 305 F.2d 58, 60 (10th Cir. 1962). "The statute [allowing a litigant to proceed in forma pauperis] was intended

absent an adequate showing by the party invoking federal jurisdiction"); *Evitt v. Durland*, 243 F.3d

388 *2 (10th Cir. 2000) ("even if the parties do not raise the question themselves, it is our duty to

address the apparent lack of jurisdiction sua sponte") (quoting *Tuck v. United Servs. Auto. Ass'n,*

859 F.2d 842, 843 (10th Cir.1988).

There is no properly alleged federal-question jurisdiction because the Complaint does not

allege that this action "aris[es] under the Constitution, laws, or treaties of the United States."

28 U.S.C. § 1331.       18 U.S.C. § 2511       18 USC §§ 2510-2578

"For a case to arise under federal law within the meaning of § 1331, the plaintiff's      18 USC §
well-pleaded complaint must establish one of two things: either that federal law          2578
creates the cause of action or that the plaintiff's right to relief necessarily depends
on resolution of a substantial question of federal law" . . . "The complaint must
identify the statutory or constitutional provision under which the claim arises, and
allege sufficient facts to show that the case is one arising under federal law."

*Davison v. Grant Thornton LLP*, 582 Fed.Appx. 773, 775 (10th Cir. 2014) (quoting *Firstenberg v.*

*City of Santa Fe,* 696 F.3d 1018, 1023 (10th Cir.2012) and *Martinez v. U.S. Olympic Committee*,

802 F.2d 1275, 1280 (10th Cir. 1986)).  Plaintiff filed her Complaint using the form "Civil Rights

Complaint Pursuant to 42 U.S.C. § 1983."   Plaintiff has not shown that this case arises under

Section 1983 because there are no factual allegations showing that Defendants were acting under

color of state law. *See Schaffer v. Salt Lake City Corp.*, 814 F.3d 1151, 1155 (10th Cir. 2016) ("The

two elements of a Section 1983 claim are (1) deprivation of a federally protected right by (2) an

actor acting under color of state law").

There is no properly alleged diversity jurisdiction.  To invoke diversity jurisdiction, "a

party must show that complete diversity of citizenship exists between the adverse parties and that

the amount in controversy exceeds $75,000." *Symes v. Harris*, 472 F.3d 754, 758 (10th Cir.2006).

"Complete diversity is lacking when any of the plaintiffs has the same residency as even a single

3

Guide for Pro Se Litigants at 4, United States District Court, District of New Mexico (October 2022). The Local Rules, the Guide for Pro Se Litigants and a link to the Federal Rules of Civil Procedure are available on the Court's website: http://www.nmd.uscourts.gov.

**Compliance with Rule 11**

The Court reminds Plaintiff of her obligations pursuant to Rule 11 of the Federal Rules of Civil Procedure. *See Yang v. Archuleta*, 525 F.3d 925, 927 n. 1 (10th Cir. 2008) ("*Pro se* status does not excuse the obligation of any litigant to comply with the fundamental requirements of the Federal Rules of Civil and Appellate Procedure."). Rule 11(b) provides:

> **Representations to the Court.** By presenting to the court a pleading, written motion, or other paper--whether by signing, filing, submitting, or later advocating it--an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:
>
> **(1)** it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
>
> **(2)** the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;
>
> **(3)** the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and
>
> **(4)** the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

Fed. R. Civ. P. 11(b). Failure to comply with the requirements of Rule 11 may subject Plaintiff to sanctions, including monetary penalties and nonmonetary directives. *See* Fed. R. Civ. P. 11(c).

**IT IS ORDERED** that:

(i)    Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, Doc. 2, filed April 29, 2024, is **GRANTED.**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LINDSAY SPILSBURY,

       Plaintiff,

v.                                No. 2:24-cv-00404-MV-JHR

VERA DEMCHOK and
CARICE DEMCHOK,

       Defendants.

**MEMORANDUM OPINION AND ORDER OF DISMISSAL**

Plaintiff, who is proceeding *pro se*, alleged:

Carice Demchok has allowed her daughter Vera Demchok to breach confidential privacy Vera has been extremely dangerous about electronicly or digitally harrassing me Vera has a brain exhibit on my brother's phone she knows what I think and shes using and sharing my thoughts digitally and harassing me to the extent of murder. Vera has war weapons w/ the exhibit and she uses them on my body and has made extremley sick. Shes threatning my freedom and shes violating my human rights. . . Vera Demchok raged war on me poisioned me . . . Carice allowed Vera to rape me . . . Vera Demchok . . . has taken my identity social security Indian cards naturalization documents college degree arrest records document on my divorce documents on my attorney . . . Donald Trump, the press, the media, the public, Vera Demchok is broadcasting me. Joe biden can hear me due to Vera Demchok broadcasting me.

[sic] Doc. 1 (Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed April 29, 2024)

("Complaint")) at 2-4.

United States Magistrate Judge Jerry H. Ritter notified Plaintiff:

There is no properly alleged federal-question jurisdiction because the Complaint does not allege that this action "aris[es] under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

"For a case to arise under federal law within the meaning of § 1331, the plaintiff's well-pleaded complaint must establish one of two things: either that federal law creates the cause of action or that the plaintiff's right to relief necessarily depends on resolution of a

IT IS ORDERED that this case is **DISMISSED** without prejudice.

**MARTHA VÁZQUEZ**
**SENIOR UNITED STATES DISTRICT JUDGE**

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LINDSAY SPILSBURY,

       Plaintiff,

v.                                                                  No. 2:24-cv-00045-MIS-GJF

VERA DEMCHOK and
SETH DEMCHOK,

       Defendants.[1]

## ORDER OF DISMISSAL

On January 12, 2024, Plaintiff filed a Complaint using the form "Civil Rights Complaint

Pursuant to 42 U.S.C. § 1983." ECF No. 1 ("Complaint").  Plaintiff alleges:

> Vera Demchok breached my mental state of mind and has kept it open for over 5
> years, she knows everything . . . Seth Demchok breached my mental health privacy
> . . . Vera Demchok breached my mental privacy and she has psycologically [sic]
> tortured me for over 4 ½ years, she has raped me and she has set up a broadcasting
> [illegible] information technology she is mutilating me w/ so much toxic carbon
> menoxide [sic] I can[']t breath.  Vera has wire in the sky that went worldwide and
> she's assaulting me with it a digital variant 911 -iphone I can no longer make a
> decent decision.

*Id.* at 1-2.  Where the Complaint form prompts plaintiffs to indicate whether defendants were

acting under color of state law, Plaintiff marked the "Yes" boxes.  *Id.*

On January 15, 2024, United States Magistrate Judge Gregory J. Fouratt entered an Order

notifying Plaintiff:

> The Complaint fails to state a claim pursuant to Section 1983.  "The two elements
> of a Section 1983 claim are (1) deprivation of a federally protected right by (2) an
> actor acting under color of state law." *Schaffer v. Salt Lake City Corp.*, 814 F.3d
> 1151, 1155 (10th Cir. 2016).   There are no factual allegations showing that
> Defendants were acting under color of state law. *See Nasious v. Two Unknown*

---

[1]      In some places in the Complaint, ECF No. 1, and in the Application to Proceed in Forma Pauperis,
ECF No. 2, the handwritten last name of Defendants appears to be spelled "Demchok" and in other places "Demehok."
The Court uses "Demchok" because this appears to be the second case Plaintiff has filed against these Defendants.
*See Spilsbury v. Demchok*, No. 2:23-cv-00917-KWR-GBW (dismissed Nov.13, 2023).

*B.I.C.E. Agents, at Arapahoe County Justice Center*, 492 F.3d 1158, 1163 (10th
Cir. 2007) ("[T]o state a claim in federal court, a complaint must explain what each
defendant did to him or her; when the defendant did it; how the defendant's action
harmed him or her; and, what specific legal right the plaintiff believes the defendant
violated.").

ECF No. 5 at 2. Judge Fouratt ordered Plaintiff to file an amended complaint and notified Plaintiff

that failure to timely file an amended complaint may result in dismissal of this case. *See id.* at 5.

Plaintiff did not file an amended complaint or otherwise respond to Judge Fouratt's Order by the

February 6, 2024, deadline.

    Accordingly, it is **HEREBY ORDERED** that:

1.    The Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim

    under 42 U.S.C. § 1983 upon which relief can be granted and, alternatively, for failure

    to file an amended complaint or otherwise respond to Judge Fouratt's Order to file an

    amended complaint;

2.    All pending motions are **DENIED AS MOOT**; and

3.    This case is now **CLOSED**.


**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LINDSAY SPILSBURY,

      Plaintiff,

v.                                                                    No. 2:24-cv-00045-MIS-GJF

VERA DEMCHOK and
SETH DEMCHOK,

      Defendants.

### FINAL JUDGMENT

    Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Order dismissing

Plaintiff's Complaint,

    **IT IS ORDERED** that this case is **DISMISSED without prejudice.**


_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

Lindsay Spilsbury
900 Parker #2
Las Cruces, NM 88005, US

United States District Court

District of New Mexico

Office of the Clerk

Cover Sheet

Date: May 29, 2024 03:20 PM MDT

To: Lindsay Spilsbury

From: Office of the Clerk, District of New Mexico

CM/ECF Support Number: (505) 348-2075

CM/ECF Support Email: cmecf@nmd.uscourts.gov

Number of Pages (including cover sheet): 2

Comments: Case#2:24-cv-00404-MV-JHR Document#- Filed:05/29/2024

Job: 801f7899-ef92-45ee-8c87-2f59f25d1a38

*** NOTICE TO ATTORNEYS ***

IMPORTANT: If you are an attorney of record on an active case and have not registered for a CM/ECF account, you need to do so now. Failure of an attorney to register in a timely manner will result in the issuance of a Notice of Deficiency in each of your cases. When reasonable attempts have been made by the Court and you still fail to register, the Court will discontinue the printing and mailing of case documents and corresponding attachments to you. You may obtain a registration form and information from our website at https://www.nmd.uscourts.gov.

The court will only print and mail documents to pro se parties and other individuals exempted from the mandatory e-filing requirements.



United States District Court
District of New Mexico
Office of the Clerk
Document Summary Page

Date: May 01, 2024 04:30 PM MDT

To: Lindsay Spilsbury

Case: Spilsbury v. Demchok et al

From: Office of the Clerk, District of New Mexico

CM/ECF Support Number: (505) 348-2075

CM/ECF Support Email: cmecf@nmd.uscourts.gov

Comments: Case#2:24-cv-00404-JHR Document#5 Filed:05/01/2024

Job: 7fbf2092-b999-47dd-a6f8-babb63957131

---

ORDER by Magistrate Judge Jerry H. Ritter GRANTING [2] Motion for Leave to Proceed in forma pauperis and DIRECTING Plaintiff to Show Cause. Plaintiff shall show cause why the Court should not dismiss this case and file an amended complaint within21 days of entry of this Order. Failure to timely comply may result in dismissal. (ama)

*Demchuk et al says there you are.*

---

NOTE: In an effort to reduce paper and postage costs, the Notice of Electronic Filing (NEF) will not be included with this transmission. To obtain a copy of the complete NEF, please visit us online at https://www.nmd.uscourts.gov and login to either your CM/ECF or PACER account. You may also view the NEFs at one of our public terminals located at the courthouses in Albuquerque, Las Cruces, and Santa Fe.

Lindsay Spilsbury
900 Parker #2
Las Cruces, NM 88005, US



United States District Court
District of New Mexico
Office of the Clerk
Cover Sheet

Date:   May 01, 2024 04:30 PM MDT

To:   Lindsay Spilsbury

From:   Office of the Clerk, District of New Mexico

CM/ECF Support Number:   (505) 348-2075

CM/ECF Support Email:   cmecf@nmd.uscourts.gov

Number of Pages (including cover sheet):   8

Comments:   Case#2:24-cv-00404-JHR Document#5 Filed:05/01/2024

Job:   7fbf2092-b999-47dd-a6f8-babb63957131

### *** NOTICE TO ATTORNEYS ***

IMPORTANT:  If you are an attorney of record on an active case and have not registered for a CM/ECF account, you need to do so now.  Failure of an attorney to register in a timely manner will result in the issuance of a Notice of Deficiency in each of your cases.  When reasonable attempts have been made by the Court and you still fail to register, the Court will discontinue the printing and mailing of case documents and corresponding attachments to you.  You may obtain a registration form and information from our website at https://www.nmd.uscourts.gov.

The court will only print and mail documents to pro se parties and other individuals exempted from the mandatory e-filing requirements.

Lindsay Spilsbury
900 Parker #2
Las Cruces, NM 88005, US



# United States District Court
# District of New Mexico
# Office of the Clerk
# Cover Sheet

|  |  |
|---:|:---|
| Date: | June 05, 2024 04:55 PM MDT |
| To: | Lindsay Spilsbury |
| From: | Office of the Clerk, District of New Mexico |
| CM/ECF Support Number: | (505) 348-2075 |
| CM/ECF Support Email: | cmecf@nmd.uscourts.gov |
| Number of Pages (including cover sheet): | 3 |
| Comments: | Case#2:24-cv-00404-MV-JHR Document#9 Filed:06/05/2024 |
| Job: | abfb60ff-80aa-474f-aae9-0c4bb878a185 |

### *** NOTICE TO ATTORNEYS ***

IMPORTANT: If you are an attorney of record on an active case and have not registered for a CM/ECF account, you need to do so now. Failure of an attorney to register in a timely manner will result in the issuance of a Notice of Deficiency in each of your cases. When reasonable attempts have been made by the Court and you still fail to register, the Court will discontinue the printing and mailing of case documents and corresponding attachments to you. You may obtain a registration form and information from our website at https://www.nmd.uscourts.gov.

The court will only print and mail documents to pro se parties and other individuals exempted from the mandatory e-filing requirements.

Lindsay Spilsbury
900 Parker #2
Las Cruces, NM 88005, US



United States District Court
District of New Mexico
Office of the Clerk
Cover Sheet

Date: June 05, 2024 04:50 PM MDT

To: Lindsay Spilsbury

From: Office of the Clerk, District of New Mexico

CM/ECF Support Number: (505) 348-2075

CM/ECF Support Email: cmecf@nmd.uscourts.gov

Number of Pages (including cover sheet): 5

Comments: Case#2:24-cv-00404-MV-JHR Document#8 Filed:06/05/2024

Job: e6858a99-1295-4ccb-9433-57fb5424bf15

### *** NOTICE TO ATTORNEYS ***

IMPORTANT: If you are an attorney of record on an active case and have not registered for a CM/ECF account, you need to do so now. Failure of an attorney to register in a timely manner will result in the issuance of a Notice of Deficiency in each of your cases. When reasonable attempts have been made by the Court and you still fail to register, the Court will discontinue the printing and mailing of case documents and corresponding attachments to you. You may obtain a registration form and information from our website at https://www.nmd.uscourts.gov.

The court will only print and mail documents to pro se parties and other individuals exempted from the mandatory e-filing requirements.



United States District Court
District of New Mexico
Office of the Clerk
Document Summary Page

|  |  |
|---|---|
| Date: | June 05, 2024 04:55 PM MDT |
| To: | Lindsay Spilsbury |
| Case: | Spilsbury v. Demchok et al |
| From: | Office of the Clerk, District of New Mexico |
| CM/ECF Support Number: | (505) 348-2075 |
| CM/ECF Support Email: | cmecf@nmd.uscourts.gov |
| Comments: | Case#2:24-cv-00404-MV-JHR Document#9 Filed:06/05/2024 |
| Job: | abfb60ff-80aa-474f-aae9-0c4bb878a185 |

FINAL JUDGMENT by District Judge Martha Vazquez. (bap)

NOTE: In an effort to reduce paper and postage costs, the Notice of Electronic Filing (NEF) will not be included with this transmission. To obtain a copy of the complete NEF, please visit us online at https://www.nmd.uscourts.gov and login to either your CM/ECF or PACER account. You may also view the NEFs at one of our public terminals located at the courthouses in Albuquerque, Las Cruces, and Santa Fe.



# United States District Court
## District of New Mexico
## Office of the Clerk
## Document Summary Page

**Date:** May 29, 2024 03:20 PM MDT

**To:** Lindsay Spilsbury

**Case:** Spilsbury v. Dernchok et al

**From:** Office of the Clerk, District of New Mexico

**CM/ECF Support Number:** (505) 348-2075

**CM/ECF Support Email:** cmecf@nmd.uscourts.gov

**Comments:** Case#2:24-cv-00404-MV-JHR Document#- Filed:05/29/2024

**Job:** 801f7899-cf92-45ee-8c87-2f59f25d1a38

---

United States District Judge Martha Vazquez assigned. (bc)

---

NOTE: In an effort to reduce paper and postage costs, the Notice of Electronic Filing (NEF) will not be included with this transmission. To obtain a copy of the complete NEF, please visit us online at https://www.nmd.uscourts.gov and login to either your CM/ECF or PACER account. You may also view the NEFs at one of our public terminals located at the courthouses in Albuquerque, Las Cruces, and Santa Fe.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

LINDSAY SPILSBURY,

      Plaintiff,

v.                                                                                      No. 2:24-cv-00404-MV-JHR

VERA DEMCHOK and
CARICE DEMCHOK,

      Defendants.

## **FINAL JUDGMENT**

    Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, and consistent with the

Court's Memorandum Opinion and Order dismissing Plaintiff's case, *not*

    **IT IS ORDERED** that this case is **DISMISSED** without prejudice.

_____

**MARTHA VAZQUEZ**
**SENIOR UNITED STATES DISTRICT JUDGE**

*[handwritten:] Pursuant to 42 CFR 49336(a)(2) and Rule 58(a) of federal of civil procedure 34 CFR 682.402 (e) and 685.215 provide authority for discharging borrowers loan on forgery*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

LINDSAY SPILSBURY,

        Plaintiff,

v.                                         No. 2:24-cv-00404-JHR

VERA DEMCHOK and
CARICE DEMCHOK,

        Defendants.

### MEMORANDUM OPINION AND ORDER
### GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
### AND ORDER TO SHOW CAUSE

**THIS MATTER** comes before the Court on *pro se* Plaintiff's Civil Rights Complaint

Pursuit to 42 U.S.C. § 1983, Doc. 1, filed April 29, 2024 ("Complaint"), and Plaintiff's

Application to Proceed in District Court Without Prepaying Fees or Costs, Doc. 2, filed April 29,

2024.

**Application to Proceed *in forma pauperis***

        The statute for proceedings *in forma pauperis*, 28 U.S.C. § 1915(a), provides that the Court

may authorize the commencement of any suit without prepayment of fees by a person who submits

an affidavit that includes a statement of all assets the person possesses and that the person is unable

to pay such fees.

> When a district court receives an application for leave to proceed in forma pauperis,
> it should examine the papers and determine if the requirements of
> [28 U.S.C.] § 1915(a) are satisfied. If they are, leave should be granted. Thereafter,
> if the court finds that the allegations of poverty are untrue or that the action is
> frivolous or malicious, it may dismiss the case[.]

*Menefee v. Werholtz*, 368 Fed.Appx. 879, 884 (10th Cir. 2010) (citing *Ragan v. Cox*, 305 F.2d 58,

60 (10th Cir. 1962). "The statute [allowing a litigant to proceed in forma pauperis] was intended

absent an adequate showing by the party invoking federal jurisdiction"); *Evitt v. Durland*, 243 F.3d

388 *2 (10th Cir. 2000) ("even if the parties do not raise the question themselves, it is our duty to

address the apparent lack of jurisdiction sua sponte") (quoting *Tuck v. United Servs. Auto. Ass'n*,

859 F.2d 842, 843 (10th Cir.1988).

There is no properly alleged federal-question jurisdiction because the Complaint does not

allege that this action "aris[es] under the Constitution, laws, or treaties of the United States."

28 U.S.C. § 1331.      18 U.SC. § 2511      18 USC §§ 2516-2578

"For a case to arise under federal law within the meaning of § 1331, the plaintiff's      18 USC §
well-pleaded complaint must establish one of two things: either that federal law       2578
creates the cause of action or that the plaintiff's right to relief necessarily depends
on resolution of a substantial question of federal law". . . . "The complaint must
identify the statutory or constitutional provision under which the claim arises, and
allege sufficient facts to show that the case is one arising under federal law."

*Davison v. Grant Thornton LLP*, 582 Fed.Appx. 773, 775 (10th Cir. 2014) (quoting *Firstenberg v.*

*City of Santa Fe*, 696 F.3d 1018, 1023 (10th Cir.2012) and *Martinez v. U.S. Olympic Committee*,

802 F.2d 1275, 1280 (10th Cir. 1986)). Plaintiff filed her Complaint using the form "Civil Rights

Complaint Pursuant to 42 U.S.C. § 1983." Plaintiff has not shown that this case arises under

Section 1983 because there are no factual allegations showing that Defendants were acting under

color of state law. *See Schaffer v. Salt Lake City Corp.*, 814 F.3d 1151, 1155 (10th Cir. 2016) ("The

two elements of a Section 1983 claim are (1) deprivation of a federally protected right by (2) an

actor acting under color of state law").

There is no properly alleged diversity jurisdiction. To invoke diversity jurisdiction, "a

party must show that complete diversity of citizenship exists between the adverse parties and that

the amount in controversy exceeds $75,000." *Symes v. Harris*, 472 F.3d 754, 758 (10th Cir.2006).

"Complete diversity is lacking when any of the plaintiffs has the same residency as even a single

3

Case 2:24-cv-00404-JHR    Document 5    Filed 05/01/2024    Page 5 of 6

Guide for Pro Se Litigants at 4, United States District Court, District of New Mexico (October 2022). The Local Rules, the Guide for Pro Se Litigants and a link to the Federal Rules of Civil Procedure are available on the Court's website: http://www.nmd.uscourts.gov.

**Compliance with Rule 11**

The Court reminds Plaintiff of her obligations pursuant to Rule 11 of the Federal Rules of Civil Procedure. *See Yang v. Archuleta*, 525 F.3d 925, 927 n. 1 (10th Cir. 2008) ("*Pro se* status does not excuse the obligation of any litigant to comply with the fundamental requirements of the Federal Rules of Civil and Appellate Procedure."). Rule 11(b) provides:

> **Representations to the Court.** By presenting to the court a pleading, written motion, or other paper--whether by signing, filing, submitting, or later advocating it--an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:
>
> **(1)** it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
>
> **(2)** the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;
>
> **(3)** the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and
>
> **(4)** the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

Fed. R. Civ. P. 11(b). Failure to comply with the requirements of Rule 11 may subject Plaintiff to sanctions, including monetary penalties and nonmonetary directives. *See* Fed. R. Civ. P. 11(c).

**IT IS ORDERED** that:

(i)     Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, Doc. 2, filed April 29, 2024, is **GRANTED.**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LINDSAY SPILSBURY,

      Plaintiff,

v.

                                      No. 2:24-cv-00404-MV-JHR

VERA DEMCHOK and
CARICE DEMCHOK,

      Defendants.

**MEMORANDUM OPINION AND ORDER OF DISMISSAL**

Plaintiff, who is proceeding *pro se*, alleged:

Carice Demchok has allowed her daughter Vera Demchok to breach confidential privacy Vera has been extremely dangerous about electronicly or digitally harrassing me Vera has a brain exhibit on my brother's phone she knows what I think and shes using and sharing my thoughts digitally and harassing me to the extent of murder.  Vera has war weapons w/ the exhibit and she uses them on my body and has made extremley sick.  Shes threatning my freedom and shes violating my human rights. . . Vera Demchok raged war on me poisioned me . . . Carice allowed Vera to rape me . . . Vera Demchok . . . has taken my identity social security Indian cards naturalization documents college degree arrest records document on my divorce documents on my attorney . . . Donald Trump, the press, the media, the public, Vera Demchok is broadcasting me.  Joe biden can hear me due to Vera Demchok broadcasting me.

[sic] Doc. 1 (Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed April 29, 2024)

("Complaint")) at 2-4.

United States Magistrate Judge Jerry H. Ritter notified Plaintiff:

There is no properly alleged federal-question jurisdiction because the Complaint does not allege that this action "aris[es] under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

"For a case to arise under federal law within the meaning of § 1331, the plaintiff's well-pleaded complaint must establish one of two things: either that federal law creates the cause of action or that the plaintiff's right to relief necessarily depends on resolution of a

IT IS ORDERED that this case is DISMISSED without prejudice.

MARTHA VÁZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

LINDSAY SPILSBURY,

      Plaintiff,

v.                                                          No. 2:24-cv-00045-MIS-GJF

VERA DEMCHOK and
SETH DEMCHOK,

      Defendants.[1]

## ORDER OF DISMISSAL

On January 12, 2024, Plaintiff filed a Complaint using the form "Civil Rights Complaint

Pursuant to 42 U.S.C. § 1983." ECF No. 1 ("Complaint"). Plaintiff alleges:

> Vera Demchok breached my mental state of mind and has kept it open for over 5
> years, she knows everything . . . Seth Demchok breached my mental health privacy
> . . . Vera Demchok breached my mental privacy and she has psycologically [sic]
> tortured me for over 4 ½ years, she has raped me and she has set up a broadcasting
> [illegible] information technology she is mutilating me w/ so much toxic carbon
> menoxide [sic] I can[']t breath. Vera has wire in the sky that went worldwide and
> she's assaulting me with it a digital variant 911 -iphone I can no longer make a
> decent decision.

*Id.* at 1-2. Where the Complaint form prompts plaintiffs to indicate whether defendants were

acting under color of state law, Plaintiff marked the "Yes" boxes. *Id.*

On January 15, 2024, United States Magistrate Judge Gregory J. Fouratt entered an Order

notifying Plaintiff:

> The Complaint fails to state a claim pursuant to Section 1983. "The two elements
> of a Section 1983 claim are (1) deprivation of a federally protected right by (2) an
> actor acting under color of state law." *Schaffer v. Salt Lake City Corp.*, 814 F.3d
> 1151, 1155 (10th Cir. 2016). There are no factual allegations showing that
> Defendants were acting under color of state law. *See Nasious v. Two Unknown*

---

[1]      In some places in the Complaint, ECF No. 1, and in the Application to Proceed in Forma Pauperis,
ECF No. 2, the handwritten last name of Defendants appears to be spelled "Demchok" and in other places "Demehok."
The Court uses "Demchok" because this appears to be the second case Plaintiff has filed against these Defendants.
*See Spilsbury v. Demchok*, No. 2:23-cv-00917-KWR-GBW (dismissed Nov.13, 2023).

*B.I.C.E. Agents, at Arapahoe County Justice Center*, 492 F.3d 1158, 1163 (10th Cir. 2007) ("[T]o state a claim in federal court, a complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated.").

ECF No. 5 at 2. Judge Fouratt ordered Plaintiff to file an amended complaint and notified Plaintiff that failure to timely file an amended complaint may result in dismissal of this case. *See id.* at 5. Plaintiff did not file an amended complaint or otherwise respond to Judge Fouratt's Order by the February 6, 2024, deadline.

Accordingly, it is **HEREBY ORDERED** that:

1.   The Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim under 42 U.S.C. § 1983 upon which relief can be granted and, alternatively, for failure to file an amended complaint or otherwise respond to Judge Fouratt's Order to file an amended complaint;

2.   All pending motions are **DENIED AS MOOT**; and

3.   This case is now **CLOSED**.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

LINDSAY SPILSBURY,

      Plaintiff,

v.                                                                    No. 2:24-cv-00045-MIS-GJF

VERA DEMCHOK and
SETH DEMCHOK,

      Defendants.

### FINAL JUDGMENT

    Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Order dismissing Plaintiff's Complaint,

    **IT IS ORDERED** that this case is **DISMISSED without prejudice.**


**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE